UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                    :
UNITED STATES OF AMERICA,          :                CASE NO. 1:13cr00094-002
                                                    :
        Plaintiff,                          :
                                                    :
vs;                                                 :                ORDER
                                                    :
JACOB L. FRANCE aka JACOB L.        :
FRANCESMITH,                            :
                                                    :
        Defendant.                          :
                                                    :
                                                    :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:


        A Report and Recommendation by Magistrate Judge William H. Baughman, Jr., was filed

in this case on April 16, 2013 [Doc. 49] recommending that defendant's plea of guilty be accepted

and finding of guilty be entered by this Court.

        The Court hereby adopts Magistrate Judge Baughman's  Report and Recommendation and

accepts the defendant's plea of guilty and enters a finding of guilty.

        IT IS SO ORDERED.


Dated: July 22, 2013                              s/          *James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE